UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
RICHARD H COOKE

CASE NO. 09-34178-BKC-AJC

CHAPTER 13

## NOTICE OF DEPOSIT OF FUNDS WITH THE U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 2,633.25 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $     .00    remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: APR 29 2011

NANCY N. HERKERT  
CHAPTER 13 TRUSTEE

Copies to:

RICHARD H COOKE  
8200 SW 203 ST  
CUTLER BAY, FL 33189

JORDAN E BUBLICK, ESQUIRE  
11645 BISCAYNE BLVD STE 208  
NORTH MIAMI, FL 33181

GMAC MORTGAGE CORPORATION  
ATTN: PAYMENT PROCESSING  
3451 HAMMOND AVENUE  
WATERLOO, IA 50702

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
RICHARD H COOKE

CASE NO.    09-34178-BKC-AJC

CHAPTER 13

RICHARD H COOKE

8200 SW 203 ST  
CUTLER BAY, FL 33189

JORDAN E BUBLICK, ESQUIRE  
11645 BISCAYNE BLVD   STE 208  
NORTH MIAMI, FL 33181

GMAC MORTGAGE CORPORATION  
ATTN: PAYMENT PROCESSING  
3451 HAMMOND AVENUE  
WATERLOO, IA 50702

---------$        2,633.25

REFUSED    CR 1-1

U.S. Trustee  
51 S.W. 1st Avenue  
Miami, Florida 33130